154 A.3d 764

**Maurice SHOATZ, Appellant**

v.

**COMMONWEALTH of PA., Tom Wolf, Governor,**
Commonwealth of PA Dept. of Corrections,
John E. Wetzel, Secretary, Appellees

**No. 33 EAP 2016**

Supreme Court of Pennsylvania.

February 22, 2017

264

Maurice Shoatz, Pro Se.

Hugh J. Burns, Jr., Philadelphia District Attorney's Office, Philadelphia, for Commonwealth of Pennsylvania, appellee.

Chase M. Defelice, Mechanicsburg, for Department of Corrections, John E. Wetzel, Tom Wolf, appellees.

Theron Richard Perez, Mechanicsburg, for Department of Corrections and John E. Wetzel, appellees.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is **AFFIRMED.**